UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| MARQUITA SIMPSON WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW M. SAUL, Commissioner of Social )<br>Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 2:19-CV-6-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES plaintiff's objections to the M&R [D.E. 29], ADOPTS the conclusions in the M&R [D.E. 28], DENIES plaintiff's motion for judgment on the pleadings [D.E. 18], GRANTS defendant's motion for judgment on the pleadings [D.E. 25], AFFIRMS defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on March 5, 2020, and Copies To:**
Branch W. Vincent, III                                    (via CM/ECF electronic notification)
Mark J. Goldenberg                                        (via CM/ECF electronic notification)


DATE:                                                 PETER A. MOORE, JR., CLERK
March 5, 2020                                         (By) /s/ Nicole Sellers
                                                      Deputy Clerk